

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-23-2012

# In Re: George Johnson

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-3055

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation
"In Re: George Johnson " (2012). *2012 Decisions.* Paper 684.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/684

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3055
_____

IN RE:  GEORGE P. JOHNSON, Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Civ. No. 1-09-cv-00619)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
August 25, 2011

Before:  McKEE, Chief Judge, ALDISERT and WEIS, Circuit Judges

(Opinion filed: July 23, 2012)
_____

OPINION
_____

PER CURIAM

George P. Johnson filed a petition for writ of mandamus requesting that we direct

the District Court to rule on a petition that he had filed pursuant to 28 U.S.C. § 2254.

The District Court has since ruled on Johnson's § 2254 petition.  In light of the District

Court's action, the question Johnson presented is no longer a live controversy, so we will

deny his mandamus petition as moot.  See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964,

974 (3d Cir. 1992).